FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: ED16MJ82-DUTY
                            )
            Plaintiff,      )   ORDER OF DETENTION
       v.                   )   (FED.R. CRIM. P.32.1(a)(6); 18
Jessie Garcia               )   U.S.C. § 3143(a))
                            )
            Defendant.      )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown background
- Unknown bail resources
- New conviction on supervision

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  3/10/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge